U.S. Bank N.A. v Kerendian (2024 NY Slip Op 05569)

U.S. Bank N.A. v Kerendian

2024 NY Slip Op 05569

Decided on November 13, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 13, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
JOSEPH J. MALTESE
LILLIAN WAN
DONNA-MARIE E. GOLIA, JJ.

2019-09089
 (Index No. 5341/14)

[*1]U.S. Bank National Association, etc., respondent,
v
Haleh Kerendian, appellant, et al., defendants. Sean Sabeti, Great Neck, NY, for appellant.

Greenberg Traurig, LLP, New York, NY (Sarah D. Lemon and Patrick G. Broderick of counsel), for respondent.

DECISION & ORDER
In an action to foreclose a mortgage, the defendant Haleh Kerendian appeals from an order of the Supreme Court, Nassau County (Thomas A. Adams, J.), entered May 3, 2019. The order granted the plaintiff's motion, inter alia, for leave to enter a default judgment against the defendant Haleh Kerendian and for an order of reference and denied that defendant's cross-motion, among other things, pursuant to CPLR 3215(c) to dismiss the amended complaint insofar as asserted against her as abandoned.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of an order and judgment of foreclosure and sale in the action (see Matter of Aho, 39 NY2d 241, 248). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the order and judgment of foreclosure and sale (see CPLR 5501[a][1]; U.S. Bank N.A. v Kerendian, ___ AD3d ___ [Appellate Division Docket No. 2022-08046; decided herewith]).
IANNACCI, J.P., MALTESE, WAN and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court